UNITED STATES DISTRICT COURT
Southern DISTRICT OF NEW YORK

Felix Garcia,

Plaintiff,

V.

E.Torres, K. LAMB,

Defendant.

**COMPLAINT**
Under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes ✓ No ___

**I. Parties in this complaint:**

**A.** List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff Felix Garcia
ID # 04A2384
*Pro Se*
~~Sing Sing C.F.~~ upstate CF
~~354 Hunter Street~~ PO Box 2001
~~Ossining, New York 10562~~ malone, Ny 12953

**B.** List all defendants' names, positions, place of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

RECEIVED
SDNY PRO SE OFFICE
2022 DEC 23 AM 10: 33

Defendant No.1

Name E. TORRE

Position Correctional officer

Address Sing Sing CF, 354 Hunter street. OSSining Ny. 10562

Defendant No.2

Name K. Lamb

Position Correctional officer

Address Sing-Sing CF 354 Hunter Street, Ossining Ny 10562

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? Sing Sing CF

B. Where in the institution did the events giving rise to your claim(s) occur? In my Cell.

C. What date and approximate time did the events giving rise to your claim(s) occur? 12/11/19, Aprox 11:15AM

D. Facts:

What happened

Who did what?

Was anyone else involved?

On 12/11/19 at Aproximatly 11:15, I was in my cell laying on my bed when my Cell door opened, I got up and closed it thinking nothing of it, It was immediately reopened and two officers entered - Torres & Lamb. Officer Lamb entered first and stood by the toilet and Torres entered second giving me direction to strip naked. When I proceeded to comply and take my shirt off officer Torres shouted stop resisting and struck numerous closed fist punches to my head while officer Lamb bearhugged me from behind then slaming me on the bed. While I endured this beating for about 5 min, I was then handcuffed and officer Lamb continued to punch me in my stomach area, this lasted for about 10 punches till I was removed from my cell and brouht to medical. I was not treated for bruised rib, a concussion, or the pain. ALL INJURIES that were sustained were to my person. Niether CO Lamb or Torres had any injuries to there body but that on there fist. The injury they say I had are not consistent with how they say I recieved them. The area was blocked off by CO's so I dont believe Anyone saw the event but people heard

Who else saw what happened?

the beating I recieved. In addition no Contraband was found in my Cell, which was the Cause of this search for an alleged Ice pick that was sought. while in the SHU I was constantly being harassed & I made further Complaints of harrassment against C.O. LAMB, also that Some Synthetic Marajuana was placed in my cell and that Lamb threatend me at that point. AS a result Of this Beating I also endured 90 day I spent in SHU Confinment. I also, did not recieve proper medical care, for my back.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I believe I had a Concussion, bruised ribs, and Cuts and bruises to my body and face and back. In, addition Im Mentally damaged, everytime my cell opens I feel like I am going to be attacked. My back is Messed Up with pain & nerve Damage, and I have nightmares. As well I Suffered 90 days in Solitary Confinement, for Something I didn't do.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Sing Sing C.F.

B. Does the jail, prison, or other correctional facility where your claim(s0 arose have a grievance procedure?

Yes ✓ No ___ Do Not Know ___

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓ No ___ Do Not Know ___

If YES, which claim(s)? ALL

D. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose not cover some of your claim(s)?

Yes ___ No __ Do Not Know ✓

If YES, which claim(s)? ___

E. Did you file a grievance at the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓ No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ No ___

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? IGRC

1. Which claim(s) in this complaint did you grieve? Exhibit A-C

2. What was the result, if any? I was denied at all levels, grievance, Superintendent and CORC

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I appealed the grievance to the Superintendent, was denied, then I appealed that denial to Central Office and was denied.

G. If you did not file a grievance, did you inform any official of your claim(s)?

1. If YES, whom did you inform and when did you inform them? ___

2. If NO, why not? ___

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. See Exhibits — this Claim is fully exhausted.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the court to do for you. I want five-hundred Thousand dollars for my pain and suffering and my property that was damaged as a result of there vindictive behavior. And I want the fake Assault on Staff expunged from my instutional record.

## VI. Previous Lawsuits:

On these

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format).

1. Parties to this previous lawsuit:
Plaintiff ____
Defendants ____

2. Court I(if federal court, name the district; if state, name the county) ____

3. Docket or Index number ____

4. Name of Judge assigned to your case ____

5. Approximate date of filing lawsuit ____

6. Is the case still pending? Yes ____ No ____
If NO, give the approximate date of disposition ____

7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed? ____

On other claims

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ✓ No ____

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format).

1. Parties to this previous lawsuit:

Plaintiff Garcia v

Defendants Heath et al

2. Court (if federal court, name district; if state court, name county) Southern district Of New York

3. Docket or Index number ______

4. Name of Judge assigned to your case Justice Bruccotti

5. Approximate date of filing lawsuit ______

6. Is the case still pending? Yes ____ No ✓

If NO, give the approximate date of disposition ______

7. What was the result of the case? (for example): Was the case dismissed? Was there judgment in your favor? Was the case appealed? The Case Was dismissed and Was appealed to the US Court of Appeals and is pending a result

Signed this 19 day of December, 20 22. I declare under the penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff [signature]

Inmate Number 04A2384

Mailing address [redacted] Upstate CF PoBox 2001 Malone NY 1295

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under the penalty of perjury that on this 19 day of December, 2022, I will deliver this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: [signature]

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED. FOR CASES FILED BEFORE APRIL 10, 2006, THE PRIOR FILING FEE OF $250 WILL BE DEDUCTED.

**Signature of Plaintiff**

12/19/22
**Date Signed**

**N.Y.S.I.D.** 02208904J
**Local Jail/Facility I.D. #** 04A2384
**Federal Bureau of Prisons I.D. #** ________________

rev. 2/2006

FORM 2131E (9/12) STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# INMATE GRIEVANCE COMPLAINT

**Grievance No.** 61390-19

Sing-Sing CF (49) CORRECTIONAL FACILITY

Date: 12/15/19

Name: Felix Garcia Dept. No.: 04A2384 Housing Unit: HBC-115

Program: — AM — PM

***(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)****

Description of Problem: (Please make as brief as possible) On 12/11/19 at approximately 11:15am, Officer Lamb, Torrez, and Sgt Paroline, and Officer Brown, Conducted a Cell Search, upon entry I Stated that my cell was Clean, officer Lamb Placed his self behind me & officer torres entered in front of Me, Once they were set, officer torres stated "why you resisting" and Started to throw closed fist Punches, all other officer joined in This incident occured without provocation on my Part. Requesting that no retaliation Come my way from this grievance

Grievant Signature: [signature]

Grievance Clerk: ______ Date: ______

Advisor Requested ☐ YES ☐ NO Who: ______

Action requested by inmate: ______

The Grievance has been formally resolved as follows:

RECEIVED
DEC 31 2019
SING SING C.F.

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: ______ Date: ______

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).



Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**MEMORANDUM**

**TO:** Garcia, F. #04A2384 HBC-115

**FROM:** Q. Quick, IGP Supervisor

**SUBJECT:** Grievance Complaint

**DATE:** 1/6/20

**Your complaint dated:** 12/15/19 **code#** 49 **filed as grievance#** 61390-19 **titled:** Assaulted by officers & did not receive proper medical care. **has been referred to the Superintendent and is currently pending an investigation.**

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. 61390-19 | DATE FILED 12/31/19 |
|---|---|---|
| | FACILITY Sing Sing | POLICY DESIGNATION Institutional |
| INMATE GRIEVANCE PROGRAM | TITLE OF GRIEVANCE Staff Conduct | CLASS CODE 49 |
| SUPERINTENDENT | SUPERINTENDENT'S SIGNATURE [signature] | DATE 1/3/20 |
| GRIEVANT Garcia, F | DIN 04A2384 | HOUSING UNIT HBC |

Grievant claims staff harassment.

Grievant interviewed by a supervisor and had nothing further to add to this grievance.

Staff involved provided written report denying the allegations of wrong doing or harassing grievant.

Based on the investigation conducted, no evidence could be found to substantiate grievants allegations. Grievance Denied.

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C.

The reason for My cell being searched was unsupported, no Contraband Was found, all documentation and use of force report never state I threw anything in the toilet. I recieved all injuries and Colaumb 8 tores had none.

[signature] GRIEVANT'S SIGNATURE — febuary 4, 2020 DATE

[signature] GRIEVANCE CLERK'S SIGNATURE — 2/12/20 DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)

Form 2133 (02/15)

RECEIVED FEB 1 2 2020 SING SING CORC APPEAL

RECEIVED FEB 07 2020 SING SING



NEW
YORK
STATE
Corrections and
Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## MEMORANDUM

From: Shelley Mallozzi, Director, Inmate Grievance Program

SUBJ: Receipt of Appeal

F GARCIA 04A2384 3/10/2020
Sing Sing Correctional Facility
Your grievance SS-61390-19 entitled
Assaulted by Officers
was rec'd by CORC on 2/19/2020

A disposition will be sent to you after the grievance is reviewed by CORC

| NEW YORK STATE Corrections and Community Supervision<br>ANDREW M. CUOMO, Governor<br>ANTHONY J. ANNUCCI, Acting Commissioner | Grievance Number: SS-61390-19 | Desig./Code: I/49 | Date Filed: 12/31/19 |
|---|---|---|---|
| | Associated Cases: | | Hearing Date: 03/04/21 |
| | Facility: Sing Sing Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM<br>CENTRAL OFFICE REVIEW COMMITTEE | Title of Grievance: Assaulted by Officers | | |

**GRIEVANT'S REQUEST UNANIMOUSLY DENIED**

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby denied. CORC upholds the determination of the Superintendent for the reasons stated.

CORC asserts that the grievant was involved in an appropriately documented Use of Force (UOF) and Unusual Incident (UI) on 12/11/19 after a suspicion cell search was authorized by Superintendent C… and the grievant resisted leaving his cell and then grabbed CO L… by the shirt and drove him rearward into the cell wall. COs L…, and T… have gone on record denying the grievant's allegations of assault and note that only the force necessary to gain his compliance was used on 12/11/19 when he refused several direct orders and was non-compliant. Sgt. P… was not present during the search of the grievant's cell on 12/11/19 but the incident was reported to him when the grievant received a Tier III misbehavior report for assault on staff, which was affirmed upon appeal to the Office of SHU/Inmate Discipline on 2/4/20. CO B… advises he was not present for the 12/11/19 search. CORC further notes the grievant was seen at medical following the 12/11/29 incident and treated for multiple abrasions.

CORC further asserts the grievant was involved in an appropriately documented UOF and UI on 1/8/20 when a green leafy substance was recovered from his cell during an authorized scheduled area search. CORC notes that Lt. W… denies witnessing any staff harass the grievant during the 1/8/20 search and does not recall having any conversation with the grievant. CORC further notes there is no provision in Directive #4910 to allow him to be present during the search.

With regard to the grievant's appeal, CORC finds insufficient evidence of malfeasance by staff and advises the grievant to address medical concerns via established sick call procedures.

JNA/smm

---

---

This document has been electronically signed by Shelley M. Mallozzi

ЭRM 2171A (10/14)
de 1

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# SING SING CORRECTIONAL FACILITY

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| NAME OF INMATE (Last, First) • NOMBRE DEL RECLUSO (Apelido, Nombre) | NO. • NUM | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| GARCIA, F | 04A2384 | HBA K-20 |
| **LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE** | **INCIDENT DATE ♦ FECHA** | **INCIDENT TIME ♦ HORA** |
| HBA K-20 | December 11, 2019 | 11:15AM Approximately |

RULE VIOLATION(S) ♦ VIOLACIONES

| | | | |
|---|---|---|---|
| 00.11 | ASSAULT ON STAFF | 104.11 | VIOLENT CONDUCT |
| 04.11 | VIOLENT CONDUCT | 115.10 | REFUSE SEARCH OR FRISK |
| 06.10 | REFUSING DIRECT ORDER | | |

ЭESCRIPTION OF INCIDENT ♦ DESCRIPCION DEL INCIDENTE

Эn the above date at 11:15 am while conducting an authorized search of HBA k-20 cell the locking location of ımate Garcia, F 04A2384; this Inmate was ordered to step out of the cell to be pat frisked. This Inmate instead ırned to face me after I had placed himself between the Inmate and the cell toilet. This Inmate used both hands to rab me by my uniform shirt and drove me rearward into the cell wall. At the same time the Inmate dropped an nknow object into the cell toilet and flushed it. Force was then used to gain compliance.

| ːPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TITULO |
|---|---|---|---|
| 12/11/19 | K. LAMB | [signature] | C.O. |

ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any) SIGNATURES:
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay) FIRMAS: 1 [signature] C/O

2 ____ 3 ____

**OTE: Fold back Page 2 on dotted line before completing below.**

WERE OTHER INMATES INVOLVED YES ☐ NO ☒ IF YES, GIVE NAME & #
¿HUBO OTROS RECLUSOS ENVUELTOS? SI ☐ NO ☐ DE SER SI DE LOS NOMBRES Y DIN

ʌT THE TIME OF THIS INCIDENT:(A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION? YES ☐ NO ☒ (B) WAS INMATE HOUSED IN SHU CELL? YES ☐ NO ☒
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCIDENTE? SI ☐ NO ☐ ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU? SI ☐ NO ☐
OR ♦ O

AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED? YES ☒ NO ☐
¿SE CONFINO/RESTRINGIO AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE? SI ☐ NO ☐

WAS INMATE MOVED TO ANOTHER HOUSING UNIT? YES ☒ NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA? SI ☐ NO ☐
IF YES (a) CURRENT HOUSING UNIT HBC 115 (b) AUTHORIZED BY
DER SER SI, (a) UNIDAD DE VIVIENDA ACTUAL (b) AUTHORIZADO POR

WAS PHYSICAL FORCE USED? YES ☒ NO ☐ (IF YES) FILE FORM 2104)
¿SE USO FUZREA FISICA? SI ☐ NO ☐ (DER SER SI, SOMETA EL FORMULARIO No. 2104)

AREA SUPERVISOR ENDORSEMENT ♦ ENDOSO DEL SUPERVISOR DEL AREA [signature] Sgt

Distributión: WHITE - Disciplinary Office CANARY - Inmate (After review) ♦ Distribucion: BLANCA - Oficinia Disciplíaria AMARILLA - recluso (déspues de a resión)

of 2

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# USE OF FORCE REPORT

There are other reports filed under this Use of Force Log #

Ref. Directives #4004, 4944
Prior To Completing Form
See Reverse For Instructions)

| REPORTING STAFF Name: K. James | | REPORTING STAFF Title: Sgt. |
|---|---|---|
| FACILITY Sing Sing C.F. | Incident Date: December 11, 2019 | Facility Use of Force: 19-158 |
| Incident Location HBA K-20 | Incident Time: 11:15AM | If Unusual Incident, CCC Log # 282577 |

REPORT OF INCIDENT

INMATE(S) INVOLVED

| Name | DIN | Cell/Cube Locations | Role Code * |
|---|---|---|---|
| GARCIA, F | 04A2384 | HBA K-20 | 03 |
| | | | |
| | | | |

*01 Bystander
02 Participant
03 Perpetrator
04 Suspect
05 Victim
06 Witness

IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)

| | |
|---|---|
| 1. C.O K. Lamb | 5. |
| 2. C.O E. Torres | 6. |
| 3. | 7. |
| 4. | 8. |

IDENTIFY ALL STAFF PRESENT DURING THE UOF

| | |
|---|---|
| 1. K. Lamb C.O. | 5. |
| 2. E. Torres C.O. | 6. |
| 3. | 7. |
| 4. | 8. |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE**(This should include, but not be limited to, the following information: Reason you were at the location; description of de-escalation attempt(s) made and inmate's response to that

While conducting an authorized search of HBA k-20 cell the locking location of Inmate Garcia, F 04A2384; this inmate was ordered to step out of the cell to be pat frisked. This Inmate instead turned to face Officer Lamb who had placed himself between the Inmate and the cell toilet. This Inmate used both hands to grab Officer Lamb by his uniform shirt and drove him rearward into the cell wall.

| K. James | [signature] | Sgt. | December 11, 2019 |
|---|---|---|---|
| REPORTER - Name | Signature | Title | Date |

Dist: Original - Superintendent Copy - Guidance unit file(s) of inmate(s) involved



NEW YORK STATE | Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

MEMORANDUM

TO: E. Pagan, Lieutenant

FROM: K. James, Sergeant

SUBJECT: Use of Force # 19-158 / UI # 19-442

DATE: 12/11/19

Sir,

Superintendent M. Capra authorized a special search of designated cells in HBA on K-Gallery. [redacted]

At approximately 11:15 am while conducting the search of HBA K-20 cell, the locking location of Inmate Garcia, F 04A2384; this Inmate was ordered to step out of the cell to be pat frisked. This Inmate instead turned to face Officer Lamb who had placed himself between the Inmate and the cell toilet. This Inmate used both hands to grab Officer Lamb by his uniform shirt and drove him rearward into the cell wall.

Officer Torres grasped this Inmate from behind with both arms in a bear hug type hold lifting the inmate off his feet and forced the Inmate onto the steel cell bed face first. This Inmate continued to struggle and attempt to escape the Officers grasp. The Officer and the Inmate slid off the bed onto the cell floor. On the floor the Inmate continued to resist by grabbing staff and kicking. Officer Lamb used body holds to try to force this inmate's arms behind his back as they all struggled on the cell floor. Officer lamb grasped the inmate's right wrist with both hands and forced it to the small of the inmates back forcibly applying a restraint to that wrist. C.O. Torres then grasped the Inmates left wrist with both hands and forced it to the small of his back and forcibly applied the second restraint. At that point all force ceased. I directed uninvolved staff to complete the cell search with no contraband found.

[redacted] Inmate Garcia was assessed with the following injuries Multiple abrasions (1) left temple 2 in long and 1/2 inch wide(2) right temple 1 1/2 inch by 1/2 inch (3) upper right arm 2 1/2 by 3/4 (4) upper left arm 2 1/2 by 3/4 (5) right cheek 1/2 by

1/2 (6) right upper back 2 1/2 by 1/4 (7) side of left ear 1 1/2 by 1/2 (8) back of neck 1/2 in by 1/4 inch (9) upper abdomen 1/2 in by 1/4 inch. All abrasions were cleaned and treated. After this inmate was treated by medical, Infirmary staff reported to me that they observed him banging his head on the wall in the waiting pen. I responded to the area and spoke with him and shortly after this Inmate was moved to HBC 115 pending a hearing without further incident.

Respectfully submitted,

K. James, Sergeant

Ref. Directives #4004, 4944 (Prior To Completing Form See Reverse For Instructions)

# USE OF FORCE STAFF MEMORANDUM

There are ____ other reports filed under this Use of Force Log #

| REPORTING STAFF Name: K. LAMB | | REPORTING STAFF Title: ~~Sgt.~~ C.O. |
|---|---|---|
| FACILITY Sing Sing | Incident Date: December 11, 2019 | Facility Use of Force: 19-158 |
| Incident Location HBA K20 | Incident Time: Approx 11:15AM | |

**REPORT OF INCIDENT**

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code * |
|---|---|---|---|
| Garcia, F. | 04A2384 | HBA K-20 | 03 |
| | | | |
| | | | |

*01 Bystander, 02 Participant, 03 Perpetrator, 04 Suspect, 05 Victim, 06 Witness

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | |
|---|---|
| 1. C.O. K. LAMB | 5. |
| 2. C.O. E. TORRES | 6. |
| 3. | 7. |
| 4. | 8. |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | |
|---|---|
| 1. C.O. K. LAMB | 5. |
| 2. C.O. E. TORRES | 6. |
| 3. | 7. |
| 4. | 8. |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at the location; description of de-escalation attempt(s) made and inmate's response to that

While conducting an authorized search of HBA K-20 cell the locking system of inmate Garcia, F. 04A2384, I ordered the inmate to step out of the cell to be pat frisked. The inmate instead turned to face me where I placed myself between the inmate and cell toilet. The inmate used both hands to grab me by my uniform shirt and drove me rearward into the cell wall.

| K. LAMB | [signature] | C.O | 12-11-2019 |
|---|---|---|---|
| REPORTER - Name | Signature | Title | Date |

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved

ONTINUED

orm #2104A (3/16)
of 2

ef. Directives #4004, #4944

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# USE OF FORCE STAFF MEMORANDUM

There are ____ other reports filed under this Use of Force Log #

**YPE OF FORCE USED** 02

01 Baton | (02) Body Hold | 03 Chemical Agents | 04 Mechanical Restraints | 05 Use of Firearms | 06 Shield | 07 Strike | 99 Other

DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED (This should include, but not be limited to, the following information if known by the reporter: individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

I continued to try and use body holds to try and force the inmates arms behind his back as we all struggled on the cell floor. I was able to grasp the inmates right wrist with both hands and force it to the small of the inmates back, forcibly applying a restraint to that wrist.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

[redacted]

K. LAMB — REPORTER - Name

Signature

C-O — Title

12-11-2019 — Date

Dist: Original - Superintendent Copy - Guidance unit file(s) of inmate(s) involved

or 2

STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

ef. Directives #4004, 4944
Prior To Completing Form
ee Reverse For Instructions)

# USE OF FORCE STAFF MEMORANDUM

There are ___ other reports filed under this Use of Force Log #

| REPORTING STAFF Name: E. TORRES | | REPORTING STAFF Title: ~~Sgt.~~ CORRECTION OFFICER |
|---|---|---|
| FACILITY Sing Sing | Incident Date: 12-11-19 | Facility Use of Force: 19-158 |
| Incident Location HBA-K-20 | Incident Time: 11:15AM | |

**REPORT OF INCIDENT**

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code * |
|---|---|---|---|
| GARCIA, F | 04A2384 | HBA-K-20 | 03 |
| | | | |
| | | | |

*01 Bystander
02 Participant
03 Perpetrator
04 Suspect
05 Victim
06 Witness

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | |
|---|---|
| 1. C.O. K. LAMB | 5. |
| 2. C.O. E. TORRES | 6. |
| 3. | 7. |
| 4. | 8. |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | |
|---|---|
| 1. C.O. K. LAMB | 5. |
| 2. C.O. E. TORRES | 6. |
| 3. | 7. |
| 4. | 8. |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at the location; description of de-escalation attempt(s) made and inmate's response to that

I C.O. E. TORRES WAS CONDUCTING AN AUTHORIZED CELL SEARCH OF HBA-K-20 THE CELL LOCATION OF INMATE: GARCIA, F DIN: 04A2384. I OBSERVED INMATE: GARCIA PUSH OFFICER LAMB TO THE BACK OF THE CELL WALL.

| E. TORRES | [signature] | CORRECTION OFFICER | 12-11-19 |
|---|---|---|---|
| REPORTER - Name | Signature | Title | Date |

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved

'orm #2104A (3/16)
of 2

.ef. Directives #4004, #4944

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# USE OF FORCE
# STAFF MEMORANDUM

There are ____ other reports filed under this Use of Force Log #

YPE OF FORCE USED: Ø2

| | | | |
|---|---|---|---|
| 01 Baton | 03 Chemical Agents | 05 Use of Firearms | 07 Strike |
| 02 Body Hold | 04 Mechanical Restraints | 06 Shield | 99 Other |

DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED (This should include, but not be limited to, the following information if known by the reporter: individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

I GRASPED INMATE: GARCIA FROM BEHIND WITH BOTH HANDS IN A BEAR HUG TYPE HOLD LIFTING THE INMATE OFF HIS FEET AND FORCED THE INMATE ONTO THE STEEL CELL BED FACE FIRST. I SLID OFF OF THE BED ONTO THE CELL FLOOR. INMATE CONTINUED TO GRAB ME AND KICK AS WELL WHILE WE STRUGGLED. I THEN GRASPED THE INMATES LEFT WRIST WITH BOTH HANDS AND FORCED IT TO THE SMALL OF HIS BACK THEN FORCIBLY APPLIED THE SECOND RESTRAINT. ALL FORCED CEASED AT THAT POINT.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

[redacted]

| E. TORRES | [signature] | C.O. | 12-11-19 |
|---|---|---|---|
| REPORTER - Name | Signature | Title | Date |

Dist: Original - Superintendent Copy - Guidance unit file(s) of inmate(s) involved

'ORM 1595 (11/11)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# INMATE INJURY REPORT

| Facility: SSCF | Date of Injury: 12-11-19 | Time of Injury: 11-15 | Location Injury Occurred: K-20 | |
|---|---|---|---|---|
| Inmate Name: Garcia F | | | DIN: 06A2384 | Housing Location: K-20 |

What was cause of Inmate's injury? U o f

Inmate's Statement: Refused Statement

refused — Inmate's Signature    refused — Date

Witnesses

Reporting Employee: KJAmos    Title: Sgt

## FACILITY HEALTH SERVICES REPORT

Date injury reported: 12/11/19    Time: AM/PM 11:20

Description of injury*: pt has multiple superficial abrasions ① left Tempo 2 inch long x 1/2 inch wide ② Right tempo 1 1/2 inch long x 1/2 inch wide ③ upper right arm 2 1/2 inch x 3/4 inch wide ④ upper left arm 2 1/2 inch long x 3/4 inch wide ⑤ Right chest 1/2 inch x 1/2 ⑥ Right upper back 2 1/2 x 1/4 inch ⑦ Back of left ear 1/2 x 1/2 ⑧ Back neck 1/2 x 1/4 ⑨ Abdomen 1/2 x 1/4

FRONT    BACK

D (Right)

S (Left)

Date of medical examination: 12-11-19    Time: 11:20

Services Provided: pt Injuries clean with Soap water and Bacitracin ointment applied. V/S Bp 120/70 Spo2 97% P 86 RR 16 T 98.6

Was inmate admitted to facility infirmary? ☐ Yes ☒ No    Outside hospital? ☐ Yes ☒ No    If yes, where?    PCP on site evaluation? ☐ Yes ☒ No    Telemed evaluation? ☐ Yes ☒ No

Name and title of person furnishing treatment at facility:

Signature: [signature]    Print: Alhamud A    Title: RN II

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
Attach a memorandum if additional information is needed for the description of injury.

FORM 2104.1 (4/12)

Ref. Directive #4944, 4004

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# USE OF FORCE REPORT (CONT'D)

There are _____ other reports filed under this Use of Force Log #

| | | |
|---|---|---|
| FACILITY SSC | Date & Time of Incident 12-11-19 | Facility Use of Force Log # 19-158 |
| INMATE NAME Garcia F | DIN 01A2384 | If Unusual Incident, CCC Log # 282577 |

EXAMINER'S NAME AND TITLE Akarunel A    Date & Time of Examination 12-11-19 G

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

pt has multiple superficial abrasions, left tempo 2 inch long x 1/2 inch wide, Right tempo 1/2 inch long x 1/2 inch wide, upper right arm 2 1/2 inch long x 3/4 inch wide, upper left arm 2 1/2 inch wide x 3/4 inch wide Right Chest 1/2 inch long x 1/2 inch wide, Right upper back 2 1/2 inch long x 1/4 inch wide, side of left ear 1/2 inch long x 1/2 inch wide. Back of neck 1/2 inch wide x 1/4 inch long, Abdomen 1/2 inch long x 1/4 inch wide. pt injuries clean with soap and water and Bacitracin ointment applied.

EXAMINER'S SIGNATURE AND DATE [signature] 12-11-19

PART C: REVIEW/EVALUATION

SUPERINTENDENT'S SIGNATURE AND DATE

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved

FORM 2104.1ADD (4/12) STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

Ref. Directive #4944, 4004

# USE OF FORCE REPORT - PART B - ADDENDUM

**FACILITY** SSCF **Date & Time of Incident** 12-11-19 @ 11:18A **Facility Use of Force Log #** 19-158

**INMATE NAME** Garcia F **DIN** 04A2384 **Cell Location** K-20

**EXAMINER'S NAME AND TITLE** Akarumel A **Date & Time of Examination** 12-11-19

FRONT BACK

OD (Right)

OS (Left)

(1) (2) 1½ (3) 2½ (4) 2½ (5) ½ (6) 2½ (7) (8) (9) ½ 6

Pt has multiple superficial abrasions. left temp 2 inch long x ½ inch wide. Right tempo 1½ inch long x ½ inch wide. upper right arm 2½ inch long x ¾ inch wide; upper left arm 2½ inch wide x ¾ inch wide. Right chest ½ inch long x ½ inch wide. Right upper back 2½ inch long x ¼ inch wide; Side of left ear 1½ inch long x ½ inch wide. Back of neck ½ inch wide x ¼ inch long, Abdomen ½ inch long x ¼ inch wide. pt injuries cleaned with Sepp.t wipes and Bacitracin ointment applied

**EXAMINER'S SIGNATURE AND DATE** [signature] 12-11-19

Dist: Original - Superintendent Copy - Guidance unit file(s) of inmate(s) involved

FORM 1140SHU (7/11) STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

Ref. Dir. #4910

**REPORT OF STRIP FRISK**
**ON ADMISSION TO SHU OR MHU CELL/ROOM**

DATE: 12-11-19
TIME: 1 30/pm

INMATE NAME: Garcia, Felix DIN: 04A2384 FRISK LOCATION: HBC Strip Frisk Area

TO BE COMPLETED BY THE PERSON(S) CONDUCTING THE FRISK/SEARCH.

NAME/RANK OF PERSON(S) CONDUCTING FRISK:

1) D. Beadle 2) ______

-- If Other Staff are Present, List Name/Rank, and Explain Why Their Presence was Necessary and Who Authorized Their Presence:

RESULTS OF SEARCH: No Contraband Found

WAS FORCE REQUIRED TO COMPLETE THE SEARCH? ☐ YES ☑ NO

SIGNATURE: D. Beadle

Orig. IRC cc: Captain cc: DSS

STATE OF NEW YORK
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
UNUSUAL INCIDENT REPORT

PRINTED AT 12/16/19 11:37 AM

SING SING GENERAL    FAC CODE 070    FAC LOG# 190442    CCC# 282577

UF LOG# 190158    CB LOG# 190264

INCIDENT DATE 12/11/19    TIME 11:15 AM    LOCATION CELL    0A KS 20S

TELEPHONE DATE 12/11/19    TIME 05:40 PM

PERSON CALLING    LT    E. PAGAN
PERSON RECEIVING    CAPT    T[redacted] DELMAR

REPORT DATE 12/13/19    PERSON REPORTING LT    J. GILMAN

USE OF FORCE YES    WEAPON USED YES    WORKPLACE VIOLENCE YES

**************************************************************************************

ASSAULT (02) 03
ON STAFF - SECURITY/LE

CONTRABAND (03) 19
WEAPON - ICE PICK

**************************************************************************************

DESCRIPTION:

SUPERINTENDENT CAPRA AUTHORIZED A SUSPICION CELL SEARCH OF [redacted] OFFICER LAMB AND OFFICER TORRES WERE ASSIGNED TO CONDUCT A CELL SEARCH OF 0A-KS-20S WHICH IS ASSIGNED TO INMATE GARCIA, F. #04A2384. WHEN OFFICER LAMB ORDERED INMATE GARCIA TO STEP OUT OF THE CELL TO BE PAT FRISKED, INMATE GARCIA TURNED TOWARDS OFFICER LAMB WHO POSITIONED HIMSELF BETWEEN INMATE GARCIA AND THE TOILET. INMATE GARCIA THEN USED BOTH OF HIS HANDS AND GRABBED OFFICER LAMB BY HIS SHIRT AND DROVE HIM REARWARD INTO THE CELL WALL.

**************************************************************************************

[redacted]

**************************************************************************************

STATE OF NEW YORK
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
UNUSUAL INCIDENT REPORT

PRINTED AT 12/16/19 11:37 AM

SING SING GENERAL FAC CODE 070 FAC LOG# 190442 CCC# 282577

UF LOG# 190158 CB LOG# 190264

INCIDENT DATE 12/11/19 TIME 11:15 AM LOCATION CELL 0A KS 20S

USE OF FORCE YES WEAPON USED YES WORKPLACE VIOLENCE YES

*************************************************************************************

ACTION TAKEN:

OFFICER TORRES USED BOTH HIS ARMS AND GRABBED INMATE GARCIA FROM BEHIND IN A BEAR HUG TYPE BODY HOLD AND LIFTED INMATE GARCIA OFF HIS FEET AND FORCED INMATE GARCIA, FACE FIRST ONTO THE STEEL CELL BED. INMATE GARCIA CONTINUED TO RESIST BY GRABBING AND KICKING AT STAFF. OFFICER LAMB USING BOTH OF HIS HANDS, GRABBED INMATE GARCIA'S RIGHT WRIST, FORCED IT TO THE SMALL OF INMATE GARCIA'S BACK AND FORCIBLY APPLIED A MECHANICAL WRIST RESTRAINT TO THAT WRIST. OFFICER TORRES, USING BOTH OF HIS HANDS, GRABBED INMATE GARCIA'S LEFT WRIST, FORCED IT TO THE SMALL OF INMATE GARCIA'S BACK AND FORCIBLY APPLIED THE REMAINING MECHANICAL WRIST RESTRAINT TO THAT WRIST. INMATE GARCIA BECAME COMPLIANT AND ALL FORCED CEASED AT THIS TIME. INMATE GARCIA WAS THEN ESCORTED TO THE FACILITY HOSPITAL AND WAS MEDICALLY EXAMINED BY RN AKARUMEH WITH THE FOLLOWING MULTIPLE ABRASIONS NOTED: LEFT TEMPLE - 2" X 1/2", RIGHT TEMPLE - 1 1/2" X 1/2", UPPER RIGHT ARM - 2 1/2" X 3/4", UPPER LEFT ARM - 2 1/2" X 3/4", RIGHT CHEEK - 1/2" X 1/2", RIGHT UPPER BACK - 2 1/2" X 1/4", LEFT EAR - 1 1/2" X 1/2", BACK OF NECK - 1/2" X 1/4", UPPER ABDOMEN - 1/2" X 1/4".
INMATE GARCIA WAS ESCORTED TO SHU WHERE SERGEANT BERMEJO CONDUCTED SHU FORM #3152 WITH NO TRIGGERS NOTED. INMATE GARCIA WAS THEN ADMITTED TO CELL HBC-119 PENDING DISCIPLINARY HEARING.

[redacted]

O/D DSS DAYE NOTIFIED.

*************************************************************************************

PAGE 3 STATE OF NEW YORK PRINTED AT
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION 12/16/19 11:37 AM
UNUSUAL INCIDENT REPORT

SING SING GENERAL FAC CODE 070 FAC LOG# 190442 CCC# 282577

UF LOG# 190158 CB LOG# 190264

INCIDENT DATE 12/11/19 TIME 11:15 AM LOCATION CELL 0A KS 20S

USE OF FORCE YES WEAPON USED YES WORKPLACE VIOLENCE YES

*****************************************************************************

MEDICAL REPORT:

D. SNEDIKER /NURSE 12/11/19 11:20 AM
EXAMINER NAME/TITLE EXAM DATE/TIME

*****************************************************************************

PROPERTY DAMAGE:

*****************************************************************************

NOTIFICATION (FAMILY):

NOTIFICATION (POLICE/OTHER):

STATE OF NEW YORK
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
UNUSUAL INCIDENT REPORT

PRINTED AT 12/16/19 11:37 AM

SING SING GENERAL    FAC CODE 070    FAC LOG# 190442    CCC# 282577

UF LOG# 190158    CB LOG# 190264

INCIDENT DATE 12/11/19  TIME 11:15 AM  LOCATION CELL    0A KS 20S

USE OF FORCE YES    WEAPON USED YES    WORKPLACE VIOLENCE YES

****************************************************************************

****************************************************************************
INMATE INFORMATION:
****************************************************************************

GARCIA, FELIX    04A2384  DOB 10/16/1984 ETHNIC- HISPANIC

| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | INJURY |
|---|---|---|---|---|
| ASSAULT - ON STAFF-SEC/LE | PERP | BODY USE | BODY HOLD | ABRASION |

****************************************************************************

****************************************************************************
EMPLOYEE INFORMATION:
****************************************************************************

AKARUMEH, AVWURHI    NURSE

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| ASSAULT - ON STAFF-SEC/LE | | | |

****************************************************************************

BERMEJO, F[redacted]    SGT

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| ASSAULT - ON STAFF-SEC/LE | | | |
| CONTRABAND - WEAPON-ICE PICK | | | |

****************************************************************************

CAPRA, M[redacted]    SUPER

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| ASSAULT - ON STAFF-SEC/LE | | | |
| CONTRABAND - WEAPON-ICE PICK | | | |

****************************************************************************

STATE OF NEW YORK
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
UNUSUAL INCIDENT REPORT

PRINTED AT
12/16/19 11:37 AM

SING SING GENERAL FAC CODE 070 FAC LOG# 190442 CCC# 282577

AUF LOG# 190158 CB LOG# 190264

INCIDENT DATE 12/11/19 TIME 11:15 AM LOCATION CELL OA KS 20S

USE OF FORCE YES WEAPON USED YES WORKPLACE VIOLENCE YES

**********************************************************************************************

EMPLOYEE INFORMATION:

**********************************************************************************************

[redacted] FORCE INJURY DEGREE

**********************************************************************************************

[redacted] [redacted]

[redacted] FORCE INJURY DEGREE

**********************************************************************************************

TORRES, E[redacted] CO

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | | |
|---|---|---|---|
| ASSAULT - ON STAFF-SEC/LE | BODY HOLD | [redacted] | [redacted] |

**********************************************************************************************

LAMB, K[redacted] CO

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | | |
|---|---|---|---|
| ASSAULT - ON STAFF-SEC/LE | BODY HOLD | [redacted] | [redacted] |

**********************************************************************************************

CONTRABAND INFORMATION: CB LOG# 190264

**********************************************************************************************

[redacted]

**********************************************************************************************

SPT MICHAEL CAPRA
SUPERINTENDENT

12/16/19
DATE

UNS571
12/16/19
11:37:18

STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
USE OF FORCE REPORT
SING SING GENERAL

INCIDENT DATE 12/11/19 TIME 11:15AM

UF LOG NO. 190158.00
UI CCC NO. 282577
CB LOG NO. 190264

GEN LOC. 03 CELL SPEC LOC. 0A-KS-20S

| INMATE | DIN/NYSID | ETHNIC | ROLE |
|---|---|---|---|
| GARCIA, FELIX | 04A2384 | HSP | PERP |

| STAFF INVOLVED | TITLE | FORCE1 | FORCE2 | FORCE3 | DEGREE |
|---|---|---|---|---|---|
| TORRES, E[redacted] | CO | BODY HOLD | | | [redacted] |
| LAMB, K[redacted] | CO | BODY HOLD | | | [redacted] |

DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
WHILE CONDUCTING AN AUTHORIZED SEARCH OF HBA K-20 CELL THE LOCKING LOCATION OF INMATE GARCIA, F. 04A2384, THIS INMATE WAS ORDERED TO STEP OUT OF THE CELL TO BE PAT FRISKED. THIS INMATE INSTEAD TURNED TO FACE OFFICER LAMB WHO HAD PLACED HIMSELF BETWEEN THE INMATE AND THE CELL TOILET. THIS INMATE USED BOTH HANDS TO GRAB OFFICER LAMB BY HIS UNIFORM SHIRT AND DROVE HIM REARWARD INTO THE CELL WALL.

DESCRIBE ACTUAL FORCE USED:
OFFICER TORRES GRASPED THIS INMATE FROM BEHIND WITH BOTH ARMS IN A BEAR HUG TYPE HOLD LIFTING THE INMATE OFF HIS FEET AND FORCED THE INMATE ONTO THE STEEL CELL BED FACE FIRST. THIS INMATE CONTINUED TO STRUGGLE AND ATTEMPT TO ESCAPE THE OFFICERS GRASP. THE OFFICER AND THE INMATE SLID OFF OF THE BED ONTO THE CELL FLOOR. ON THE FLOOR THE INMATE CONTINUED TO RESIST BY GRABBING STAFF AND KICKING. OFFICER LAMB USED BODY HOLDS TO TRY TO FORCE THIS INMATES HANDS BEHIND HIS BACK AS THEY ALL STRUGGLED ON THE CELL FLOOR. OFFICER LAMB GRASPED THE RIGHT WRIST WITH BOTH HANDS AND FORCED IT TO THE SMALL OF HIS BACK FORCIBLY APPLYING A RESTRAINT TO THAT WRIST. CO. TORRES THEN GRASPED THE INMATES LEFT WRIST WITH BOTH HANDS AND FORCED IT TO THE SMALL OF THE BACK, AND FORCIBLY APPLIED THE SECOND RESTRAINT. AT THAT POINT ALL FORCE CEASED.

UNS571 STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
12/16/19 USE OF FORCE REPORT
11:37:18 SING SING GENERAL UF LOG NO. 190158.00
INCIDENT DATE 12/11/19 TIME 11:15AM UI CCC NO. 282577
GEN LOC. 03 CELL SPEC LOC. 0A-KS-20S CB LOG NO. 190264

| INMATE | DIN/NYSID | ETHNIC | ROLE |
|---|---|---|---|
| GARCIA, FELIX | 04A2384 | HSP | PERP |

| EXAMINERS NAME | TITLE | EXAM DATE | TIME |
|---|---|---|---|
| A. AKARUMEH | NURSE | 12/11/19 | 11:20AM |

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
PT HAS MULTIPLE SUPERFICIAL ABRASIONS LEFT TEMO 2 INCH LONG X 1/2 INCH WIDE, RIGHT TEMPO 1/2 INCH LONG X 1/2 INCH WIDE, UPPER RIGHT ARM 2 1/2 INCH LONG X 3/4 INCH WIDE, UPPER LEFT ARM 2 1/2 INCH LONG AND 3/4 INCH WIDE. RIGHT CHEST 1/2 INCH LONG X 1/2 WIDE, RIGHT UPPER BACK 2 1/2 INCH LONG X 1/4 INCH WIDE, SIDE OF LEFT EAR 1 1/2 INCH LONG X 1/2 INCH WIDE. BACK OF NECK 1/2 INCH WIDE X 1/4 INCH LONG. PT INJURIES CLEAN WITH SOAP AND WATER. BACITRACIN OINTMENT APPLIED.

REVIEW AND EVALUATION BY SUPERINTENDENT:
THE FORCE USED IN THIS INCIDENT WAS NECESSARY TO FORCE COMPLIANCE WITH LAWFUL DIRECTION AND TO PREVENT FURTHER ASSAULT ON STAFF.

SPT MICHAEL CAPRA
SUPERINTENDENT

12/16/19
DATE

orm #2104 (3/16)
art A 2 of 2

ef. Directives #4004, #4944

:ATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISI(

# USE OF FORCE REPORT

There are other reports filed under this Use of Force Log #

| YPE OF FORCE USED | 02/04 | 01 Baton | 03 Chemical Agents | 05 Use of Firearms | 07 Strike |
|---|---|---|---|---|---|
| | | 02 Body Hold | 04 Mechanical Restraints | 06 Shield | 99 Other |

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by the reporter: individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

)fficer Torres grasped this Inmate from behind with both arms in a bear hug type hold lifting the inmate off his eet and forced the Inmate onto the steel cell bed face first. This Inmate continued to struggle and attempt to scape the Officers grasp. The Officer and the Inmate slid off of the bed onto the cell floor. On the floor the ımate continued to resist by grabbing staff and kicking. Officer Lamb used body holds to try to force this inmates rms behind his back as they all struggled on the cell floor. Officer lamb grasped the inmates right wrist with both ands and forced it to the small of the inmates back forcibly applying a restraint to that wrist. C.O. Torres then rasped the Inmates left wrist with both hands and forced it to the small of his back and forcibly applied the econd restraint. At that point all force ceased.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

[redacted]

| K. James | [signature] | Sgt. | December 11, 2019 |
|---|---|---|---|
| REPORTER - Name | Signature | Title | Date |

Dist: Original - Superintendent Copy - Guidance unit file(s) of inmate(s) involved

FORM 3152 SHU/KL (8/16) NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# SUICIDE PREVENTION SCREENING GUIDELINES - SHU/KEEPLOCK (KL) ADMISSION

This form will be completed immediately upon admission or readmission to SHU or a separate KL unit. The form will be filled out by the SHU/KL Security Supervisor. The #3152 SHU/KL form will function as the mental health referral.

| NAME: Garcia, Edw | DIN: 04A2384 | DATE: 12-11-19 | TIME: 1:20 pm |
|---|---|---|---|
| Name of Facility: Sing Sing | Name of Screening Person: Sgt. Belmonte | Length of SHU/KL Sentence: Pending | |
| Reason inmate is admitted to SHU/KL unit: AOS | | | |

Check appropriate YES or NO Response for Each Question

| Observations of Escorting Officer | YES | NO | NOTE: COMMENTS/OBSERVATIONS/RESPONSES |
|---|---|---|---|
| Escorting Officer observed bizarre behavior or behavior that may be a sign of suicide risk. | | ✓ | |
| **SHU/KEEPLOCK Screening Questions** | | | |
| 1. Do you have concerns about being able to adjust to SHU/KL? If YES, what are your concerns? | *** | ✓ | |
| 2. Have you tried to commit suicide within the last year? | *** | ✓ | |
| 2A. At any time in your life have you tried to commit suicide? | | ✓ | |
| 3. Have you had thoughts, either now or recently, about wanting to hurt yourself? | *** | ✓ | |
| 4. Do you feel you have nothing in your life to live for? | *** | ✓ | |
| **Behaviors/Appearance** | | | |
| 5. Inmate shows signs of depression (e.g. crying, withdrawn) | *** | ✓ | |
| 6. Inmate appears anxious, scared or suspicious | *** | ✓ | |
| 7. Inmate appears excessively irritable, angry or hyperactive | *** | ✓ | |
| 8. Inmate appears to have poor hygiene | | ✓ | |
| 9. Inmate appears confused, not following direction or responding appropriately. *(If YES, please refer the inmate to DOCCS Medical immediately. Inmate must be seen by Medical prior to Mental Health)* | *** | ✓ | |
| 10. Inmate appears to be under the influence of alcohol or drugs. *(If YES, please refer the inmate to DOCCS Medical immediately. Inmate must be seen by Medical prior to Mental Health)* | *** | ✓ | |

**Actions:**

- **If any box marked with *** is checked, make an immediate referral to Mental Health and notify the Watch Commander. If the inmate refuses to answer any of the screening questions where *** is marked note that fact in the comments section and make an immediate referral to OMH.**
- **If any of the other YES boxes are checked, make a regular referral to Mental Health.**

Type of Mental Health Referral needed: ☑ None ☐ Regular ☐ Immediate

How was notification made? ☐ Phone ☐ In-writing ☐ In-person

Name and title of clinician contacted is required:

Name ______________________ Title ______________________

- **If for any other reason you feel there is a significant problem with the inmate, notify Mental Health and call the Watch Commander.**

The source of a mental health referral and information provided on the referral may be protected from disclosure under Mental Health Law, Section 33.13 and 33.16 of the Mental Hygiene Law, if such disclosure could be detrimental to the referral source, to the patient, or other persons.

Distribution: White – OMH *If no OMH referral was required or the facility does NOT have OMH staff, white copy to Guidance file
Canary – SHU/KL Supervisor (for the SHU/KL file) Pink–Watch Commander Goldenrod–Medical/Mental Health Section

FORM #2077 (REV. 11/16)

**NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**CELL FRISK/CONTRABAND RECEIPT**

Original – Inmate
Copy - DSS

Sing Sing **CORRECTIONAL FACILITY**

Date: 12-11-19 Frisk Start Time: 11:18 pm Frisk End Time: 12:01 pm

Inmate Name: Garcia, F DIN: 04A2384 CELL/CUBE/ROOM: HBA- Y-20

Officer Conducting Search: B. JOSEPH (Print Name Legibly) 33573 (Badge #) B Joseph (Signature)

| ITEMS CONFISCATED OR DAMAGED | WHERE FOUND | DISPOSITION OF ITEMS LISTED |
|---|---|---|
| (1) illegal Cooking Pot | under bed | Bld-8 Basement |
| (1) Heating element | under Bed | " |
| | | |
| | | |
| | | |

_____ NO CONTRABAND FOUND ✓ NO PROPERTY DAMAGED DURING SEARCH

**NOTICE TO INMATE: YOU MAY WRITE TO THE DEPUTY SUPERINTENDENT FOR SECURITY WITHIN 7 DAYS OF THIS RECEIPT REGARDING THE CONFISCATION OR DISPOSITION OF THESE ITEMS.**

**NOTE: DURING THIS CELL FRISK, MY INITIALS BELOW INDICATE THAT THE CELL INTEGRITY CHECK HAS BEEN COMPLETED AS FOLLOWS:**

**FLOORS:** BJ **SINK/TOILET:** BJ

**AIR VENT:** N/A **WINDOW CHECKED/INTACT:** N/A

**CEILING:** BJ **WALLS:** BJ

**BARS:** BJ **MISC:** ______

IN ADDITION: THE FOLLOWING ITEMS WERE CHECKED FOR COMPLIANCE:
PROPERTY LIMITS (No more than 4 bags of property): BJ
PHOTOGRAPH/PICTURE COMPLIANCE (No nudes visible from the front of cell. All photos/pictures confined in the appropriate 2' x 4' section.) BJ
INMATE ID MATCHES CURRENT APPEARANCE (Checked ID to inmate's current appearance, if the inmate was present for the search.) inmate was not present during search

Comments: ______

FORM 2082 (REV. 05/12)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**REQUEST FOR URINALYSIS**

FACILITY SING SING TEST #

INMATE NAME GARCIA, F NUMBER 04A2384 CELL HBA K-20

REQUEST MADE BY K. James, Sgt. DATE December 11, 2019

AGENT(S) SUSPECTED (IF ANY) FULL SCAN

CIRCUMSTANCES LEADING TO REQUEST INMATE WAS INVOLVED IN VIOLENT CONDUCT IN HBA

TEST APPROVED BY: [signature] DATE 12/11/19

INMATE TOLD THE UNDERLYING REASON WHY HE IS BEING ORDERED TO SUBMIT A URINE SPECIMEN

**CIRCLE ONE:** SUSPICION (circled), ROUTINE, RANDOM

BY ______ DATE ______ TIME ______

HAS INMATE TAKEN MEDICATION RECENTLY? (YES OR NO) SPECIFY ______

INMATE ORDERED TO SUBMIT SPECIMEN: DATE ______ TIME ______

SPECIMEN WITNESSED AND OBTAINED BY ______ DATE ______ TIME ______

DOES INMATE WILLFULLY REFUSE TO SUBMIT SPECIMEN? **(YES OR NO)**

DOES INMATE CLAIM TO BE UNABLE TO SUBMIT SPECIMEN IN THE PRESENCE OF OTHER? **(YES OR NO)*** DATE ______ TIME ______

*(In the event an inmate makes this claim, the procedures in Directive #4937, section IV-E shall be followed).

IF INMATE CLAIMS TO BE UNABLE TO SUBMIT SPECIMEN, HAS INMATE BEEN GIVEN AT LEAST THREE HOUR TO SUBMIT SPECIMEN? **(YES OR NO)**

SPECIMEN TESTED BY (1ST TEST) ______ DATE ______ TIME ______

RESULTS ______

SPECIMEN TESTED BY (2ND TEST) ______ DATE ______ TIME ______

RESULTS ______

CHAIN OF CUSTODY (STARTING WITH STAFF OBTAINING SPECIMEN, ATTACH ADDITIONAL PAGES IF NECESSARY)

| FROM | | TO | | DATE | | TIME | |
|---|---|---|---|---|---|---|---|
| FROM | | TO | | DATE | | TIME | |
| FROM | | TO | | DATE | | TIME | |
| FROM | | TO | | DATE | | TIME | |
| FROM | | TO | | DATE | | TIME | |
| FROM | | TO | | DATE | | TIME | |
| FROM | | TO | | DATE | | TIME | |
| FROM | | TO | | DATE | | TIME | |

This form is to be filled out COMPLETELY. It is to accompany the specimen until the specimen is tested.

If the specimen is positive, a MISBEHAVIOR REPORT shall be written.

Felix Garcia, 04A2384
UPSTATE CORRECTIONAL FACILITY
P.O. BOX 2000, 309 BAREHILL ROAD
MALONE, NEW YORK 12953

UPSTATE
CORRECTIONAL
FACILITY

Upstate

Correctional Facility

neopost
12/19/2022
US POSTAGE

RECEIVED
DEC 22 2022
CLERK'S OFFICE
S.D.N.Y.

Pro Se

AC

Hon Clerk of the Court
United States District Court Southern District
United States Court House
500 Pearl Street
New York N.Y. 10007

USMP3
SDNY