22cv.10852

Felix Garcia, 04A2384
Cayuga C.F.
PO Box 1150
Moravia N.Y. 13118

5/11/23

Honorable Clerk of the Court
United State District Court
Southern District of NY
500 Pearl Street
NY NY 10007

Dear Clerk of the Court,

I am writing to you concerning my 1983 Claim that I recently filed Claiming Assult by Officer (C.O.) It was filed I got a docket # and all, and I was told to inform the Court if my address has Changed. Since it was filed my address has Changed to Elmira - I informed you then - and now I've moved again to Cayuga C.F. But I will be moving again on or about May 20, 23.

This letter is to inform you of my Change of address. In addition, when the Officers at Elmira packed my property they discarded Most of my legal work and I am without a lot of Critical documents. I am requesting a copy of the 1983 Claim that I filed for my records. I will let you know of my next address Change. Thank you so much

Respectfully
Requested
[signature]

Case 7:22-cv-10852-CS   Document 12   Filed 05/15/23   Page 2 of 2



Felix Garcia, 04A2384
CAYUGA C.F.
P.O. BOX 1150
MORAVIA, N.Y. 13118

Hon Clerk of the Court
United States District Court
Southern District of NY
500 Pearl Street
New York, NY 10007

Pro Se

RECEIVED
MAY 15 2023
CLERK'S OFFICE
S.D.N.Y.